

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

October 11, 1972

Honorable James D. Cole
State of Texas
House of Representatives
Austin, Texas 78711

Opinion No. M-1234

Re: Whether the House Administration Committee may legally proceed as authorized by H.S.R. No. 89, 62nd Legislature, 4th C.S., 1972.

Dear Mr. Cole:

Your request for an opinion reads as follows:

"During the 3rd Called Session of the 62nd Legislature, the House of Representatives, on July 7, 1972, adopted H.S.R. No. 89, the text of which reads as follows:

"'BE IT RESOLVED by the House of Representatives of the 62nd Legislature, 3rd Called Session, That the House Administration Committee be authorized to establish a fair market value by appraisal, competitive bids, or through depreciated value based on original cost, for chairs formerly used at Members' desks on the Floor of the House of Representatives, and offer each Member the opportunity to purchase one such chair at the time he vacates his term of office.'

"Your opinion is respectfully requested as to whether the House Administration Committee may legally proceed as authorized by H.S.R. No. 89."

Section 3 of Article 666, Vernon's Civil Statutes (Salvage and Surplus Act of 1957), provides in part:

"Sec. 3. As used in this Act:

". . .

"(e) 'Surplus property' means any personal property which is in excess of the needs of any state agency and which is not required for its

-6043-

foreseeable needs.  Surplus property may be used
or new, but possesses some usefulness for the pur-
pose *for which it was intended or for some other
purpose."*

Section 4 of Article 666 provides for the disposition
of surplus property as defined above.

The property described in H.S.R. No. 89, quoted in your
request, meets the definition of "surplus property" within the
meaning of Article 666.

In view of the provisions of Section 30 of Article III
of the Constitution of Texas, a statute cannot be amended by a
resolution.  Attorney General's Opinion WW-345 (1958) and au-
thorities cited therein.

It is our opinion that H.S.R. No. 89 of the Third Called
Session of the 62nd Legislature constitutes an attempt to amend
Article 666 insofar as it applies to State property described in
the resolution.  Therefore you are advised that the House Adminis-
tration Committee may not proceed as authorized by H.S.R. No. 89
without first amending the general law authorizing the disposition
of the property described in the resolution.

### S U M M A R Y

H.S.R. No. 89, providing that the House Ad-
ministration Committee be authorized to establish
a fair market value by appraisal, competitive bids,
or through depreciated value based on original
cost, for chairs formerly used at Members' desks
on the Floor of the House of Representatives, and
offer each Member the opportunity to purchase one
such chair at the time he vacates his term of office,
constitutes an attempt to amend Article 666, Vernon's
Civil Statutes, providing the method of disposing
of personal property belonging to the State.  The
House Administration Committee may not legally pro-
ceed to dispose of such property in the manner au-
thorized by H.S.R. No. 89 without first amending
the general law.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Lewis Jones
Bill Craig
Roland Carlson
John Banks

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant